## Lela J. Ruspantini, Executrix of Estate of Italo Ruspantini, Deceased, Appellant, v. Samuel Steffek, Appellee.

### Gen. No. 45,549.

Burt A. Crowe, for appellant; Carl E. Abrahamson, of counsel; Philip E. Ryan, and Thomas C. Hollywood, for appellee; Ode Rankin, and Philip E. Ryan, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed February 11, 1952; rehearing allowed February 26, 1952; new opinion filed March 31, 1952; released for publication April 28, 1952.

## Rose Petrosky, Plaintiff-Appellant, v. The Great Atlantic and Pacific Tea Company, Defendant-Appellee.

### Gen. No. 10,520.

McCauley & Weir, for appellant; Joslyn, Parker & Kell, for appellee; Charles S. Parker, Vette E. Kell, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed April 1, 1952; released for publication April 18, 1952.

Lyon and Healy, Inc., Plaintiff-Appellee, v. Matchless Electric Company, Defendant-Appellant.

Gen. No. 45,640.

Wilhartz & Hirsch, for appellant; Samuel E. Hirsch, Jack A. Diamond, and Warren Krinsky, of counsel; Bell, Boyd, Marshall & Lloyd, for appellee; Charles E. Herzog, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 2, 1952; released for publication April 16, 1952.